IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

CHRIS DESHAWN CARPENTER MUHAMMAD #204950 )
Full name and prison number )
of plaintiff(s) )
)
v. )   CIVIL ACTION NO. 2:06CV1076-K
)   (To be supplied by Clerk of
BOB RILEY, GOVERNOR; RICHARD )   U.S. District Court)
ALLEN, COMMISSIONER; GWENDOLYN )
MOSELEY, WARDEN; C. DAVENPORT, ASST.; )
TYRONE S. BARROW, Classification Specialist; )
BRIAN MITCHELL, Psychologist; LATRICE GREENE; )
SHARON BLAKELY, Mail Clerk; ANTHONY ASKEW )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED
2006 DEC -4 A 9:47
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?  YES (   )  NO ( ✓ )

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?  YES (   )  NO ( ✓ )

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below.  (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s) _____ N/A _____

               Defendant(s) _____ N/A _____

          2.   Court (if federal court, name the district; if
               state court, name the county) _____ N/A _____

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Easterling Corr. Fac._ _200 Wallace Drive, Clio AL 36017_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Easterling Correctional Facility_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME / ADDRESS

1. Bob Riley  State Capitol 600 Dexter Avenue, Room N-103, Montgomery, AL 36130
2. Richard Allen 64 N. Union Street, Montgomery AL 36130
3. Gwendolyn Moseley 200 Wallace Drive, Clio AL 36017
   C. Davenport 200 Wallace Drive, Clio AL 36017
   Tyrone S. Barrow 200 Wallace Drive Clio, AL 36017
4. Brian Mitchell 200 Wallace Drive Clio AL 36017
   Latrice Greene 200 Wallace Drive Clio AL 36017
5. Sharon Blakely 200 Wallace Drive Clio AL 36017
6. Anthony Askew 200 Wallace Drive Clio AL 36017

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _On or about March 28, 2006 and continuously_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Defendants Riley, Allen, Moseley, Davenport, Mitchell Greene, Blakely and Askew violated Plaintiff 8th and 14 Amendment by overcrowding, lack of security, health hazard situation whereas the defendants is freeing county jails overcrowding by bring those prisoners into the already overcrowded Alabama D.O.C. which is a deliberate indifference to protect County jails prisoners and slaughter Plaintiff and other ALDOC prisoners 8th + 14th Amendment of the United States Constitution._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

the defendant acted in concert to force Plaintiff to take Counter Productive programs that Plaintiff do not need in order to get Government Funds illegally 3 ways in dorms 9 and 10 under the disguise of PreSap, Crime Bill and aftercare which is impossible due to 3 cannot go into two (2), and Plaintiff less security level bed had been given to some county Jail prisoner. Easterling Corr. Fac. is punitive lockup for ALDOC with maximum security.

GROUND TWO: Defendant Blakely not being Bonded or functioning pursuant to 39 USCS §1001 and 1011 is violating Plaintiff 1st Amendment U.S.C.A.

SUPPORTING FACTS: Defendant Blakely being an unbonded ALDOC employee has a liberty interest to obey her state superials, supervisers, etc... even if it mean tampering with inmates mail to avoid complaints against defendant Blakely superials. Plaintiff contend that defendant Blakely intercepts and delays the U.S. mail service of Plaintiff and other inmates which is censorship.

GROUND THREE: Defendant Anthony Askew religiously discriminate against Plaintiff and other religous sects who are not Christains in violation of Plaintiff 1st Amendment.

SUPPORTING FACTS: Defendant Askew refuse Plaintiff request to move into the Faith or honor dorm from dorm 10A counter productive program that Plaintiff is not required to take under the jurisdiction of a split sentence from the Circuit Court of Etowah County Alabama. Plaintiff contend that defendant never denies Christain Faith inmates to the Faith dorm, only other religious sects such as Plaintiff.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff seek a trial by Jury, injunctive relief for the Defendants to stop these punitive, arbitrary and caprious acts against Plaintiff. Plaintiff seek Five million Dollars and attorney fees.

*Christopher D. Carpenter Muhammad*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12-1-06
(Date)

*Christopher D. Carpenter Muhammad*
Signature of plaintiff(s)