IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF ALABAMA

CHRIS DESHAWN CARPENTER MUHAMMAD, #204950,
    Plaintiff,

V.

BOB RILEY, et al.,
    Defendants.

CIVIL ACTION NO. 2:06CV1076-WKW
(To be supplied by Clerk of U.S. District Court)

## MOTION TO PROCEED IN FORMA PAUPERIS AND JUDICIAL NOTICE TO THE U.S. DISTRICT COURT

Comes Now the Plaintiff Chris Deshawn Carpenter Muhammad, by and through Pro/se Move this U.S. District Court on Motion to Proceed In Forma Pauperis and Judicial Notice To The U.S. District Court to Process Plaintiff Civil Action, and issue a declaratory order to be directed to the Defendants to Process Plaintiff Forma Pauperis form as required by Federal Law, and Plaintiff First and Fourteenth Amendment of the United States Constitution. Done this 1st day of December 2006.

Respectfully Submitted,
Christopher D Carpenter Muhammad

CC: Defendants.