| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Kay P. Hope*  ☑ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Richard Allen<br>Alabama Department of Corrections<br>PO Box 301501<br>Montgomery, AL 36130<br><br>06cv1076 C+OP | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No<br>DEC 11 2006<br><br>Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0003 2055 4070 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540