**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bob Riley
State Capitol
600 Dexter Avenue, Rm N-103
Montgomery, AL 36130

06cv1076 C+OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Pam Bye
☐ Agent
☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7006 0100 0003 2055 4087

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540