IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 DEC 12   A 10:30
P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

CHRIS DE'SHAWN CARPENTER MUHAMMAD,
  Plaintiff,

V.

BOB RILEY, et al.,
  Defendants.

CASE NO. 2:06-CV-1076-WKW
[WO]

## MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO RULE 65(a) FEDERAL RULE OF CIVIL PROCEDURE

Comes now the Plaintiff Chris Deshawn Carpenter Muhammad, by and through PRO/SE in the above style civil action moves this District Court on Motion for Preliminary Injunction and Declartory order to Defendants pursuant to Rule 65(a) Federal Rule of Civil Procedure, and in support Plaintiff states the following:

Plaintiff makes known to this District Court that issue one is overcrowding of the Alabama Department of Corrections which is in fact undisputable that is a violation of Plaintiff 8th and 14th Amendment Rights to be free from Cruel and Unusual Punishment, Fundamental Fairness and Equal Protection for the ripple effect of overcrowding, lack of Security and a Health Hazard living condition that is causing Plaintiff irreparable harm that outweighs any harm that the preliminary injunction will cause the defendants;

(1)

and a preliminary injunction will serve the public interest, and stop this ongoing violation by defendants to stop the following to wit:

1. immediately relieve overcrowded dormintories/dorms from middle isles that makes security and safety of inmates and Plaintiff impossible to maintain with top bunks with locker boxes that block security view;

2. Spread bunks at least 10 feet or more apart in respect for health standards, and increase the bathroom facilities with six more tolets and sinks up grade plumming because of tripple inmate capacity;

3. Fix the poison water system at Easterling Correctional Facility that inmates and Plaintiff is force to drink to sustain life;

4. Stop Easterling untrain Classification Staff from failing to follow the ALDOC Classification manual that is depriving Plaintiff of rehabilitative programs and opportunity to advance, and stop deliberate indifference of inmates;

5. Stop defrauding Alabama tax payers and the United States Government of funds under the disguise of Pre-SAP, Crime Bill and Aftercare that defendants have in dorms 9 and 10 at Easterling Corr. Fac. With only Crime Bill criteria, inmates over other inmates writing Rule Violation tickets per order of Ms Scott which under mind security and exstortion of Plaintiff for store good and weaker inmates are force into homosexuality, etc...

6. Stop punitively depriving inmates of yard time force to remain lockdown in overcrowded poor ventilated dorms with disease carrying rats, insects, etc...

7. Stop employing only Christain Chaplains and employ a muslim Imam as well to satisfy religous equality and end religous discrimination in ALDOC.

8. Stop Defendants herein from packing state inmates from County Jails in the Alabama Department of Corrections already overcrowed tripple capacity which is no more than Robbing Peter to pay Paul.

(2)

Wherefore, in light of the above and for good cause Plaintiff Motion for Preliminary Injunction is due to be granted to protect Plaintiff 8th and 14th Amendment of the United States Constitution and end this cruel and unusual punishment coupled with imminent danger. Plaintiff and other minimum custody inmates is being held at Maximum Security Easterling Fcx. under disguise of level IV. DONE this 11th day of December 2006.

Respectfully Submitted,

_Chris Deshawn Carpenter Muhammad_

## CERTIFICATE OF SERVICE

I hereby certify this 11th day of December 2006 that I have served a true and correct copy of the same upon the Defendants Attorney by U.S. mail postage prepaid.

_Chris Deshawn Carpenter Muhammad_
Chris Deshawn Carpenter Muhammad
200 Wallace Drive
Clio, AL 36017

(3)