IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 DEC 12 A 10: 30
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CHRIS DESHAWN CARPENTER MUHAMMAD,
#204450,

 Plaintiff,

v.       CASE NO. 2:06-CV-1076-WKW
           [WO]

BOB RILEY, et al.,

 Defendants.

MOTION FOR LEAVE TO
FILE INTERROGATORIES ON
PURSUANT TO RULES 33, 34, 35, 36
AND 37 OF THE FEDERAL RULES OF
CIVIL PROCEDURE

Comes now the Plaintiff Chris Deshawn Carpenter Muhammad, by and through PRO/SE hereby submitts interrogatories upon the Defendants collectively and request the following:

1. Plaintiff request from Defendants case numbers of all overcrowd lawsuits against defendants State and Federal with legal status?

ANSWER:

(1)

6. Plaintiff request from defendents why all ALDOC Facilities have only Christain chaplains and no muslim faith Imams or muslim leaders to represent the interest of the muslims?

ANSWER:

7. Plaintiff request from defendents genuine copies of Health department inspection of the Easterling Facility and drinking water tests results?

ANSWER:

8. Plaintiff request from Defendant Askew how many christain faith inmates and muslim faith inmates is in Easterling faith dorm?

9. Plaintiff request from Defendent Richard Allen the criteria and qualitication that is required to be head director of Classification and a regular Classification Specialist to determine inmates placement in the ALDOC?

ANSWER:

10. Plaintiff request. of Defendant Richard Allen as to why he allow Defendant Moseley to run Easterling Facility deliberately indifference then other ALDOC Facilities in the State of Alabama in violation inmates 8th and Fourteenth Amendments of the United States Constitution?

ANSWER:

(2)

11. Plaintiff request from defendants the capacity [Wallace Drive holds?]

ANSWER:

(12.)
Plaintiff request of Defendant Richard Allan why is defendant Blakely whose not bonded as required under U.S. postal service to handle mail of inmates even with a conflict of interest and fail to follow Standard Operation Procedure of Aministration Regulation #303 governing inmates mail service in ALDOC?

ANSWER:

Plaintiff contend that all the above requested information contained herein is very relevant to this Civil Action and failure to respond to these interrogatories may result in a Judgement of default against defendants pursuant to Rule 37 Fed. R. Civ. Proc.

Done this 11th day of December 2006.

Respectfully submitted
Chris Deshawn Carpenter Muhammad

CERTIFICATE OF SERVICE

I hereby certify this 11th day of December 2006 that I have served a true and correct original of Plaintiff interrogatories upon the defendants Attorney and the District Court by U.S. mail postage prepaid.

Chris Deshawn Carpenter Muhammad
200 Wallace Drive
Clio, AL 36017

(4)