IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHRIS DESHAWN CARPENTER MUHAMMAD
AIS# 204956
    Plaintiff,

V.

BOB RILEY, et al.,
    Defendants.

CASE NO. 2:06-CV-1076-WKW
[WO]

MOTION FOR LEAVE TO FILE AN
AMENDED COMPLAINT
PURSUANT TO THE FED. R. CIV. PROC.

Comes now the Plaintiff Chris Deshawn Carpenter Muhammad, by and through PRO/SE in the above style Civil Action hereby move this District Court on motion for leave to file an Amended Complaint pursuant to the FED. R. CIV. PROC. and in Support Plaintiff show the following in attached Amended Complaint to wit,.....

Done this 13th day of December 2006.

Respectfully Submitted:
Chris Deshawn Carpenter Muhammad

CERTIFICATE OF SERVICE

I hereby certify this 13th day of December 2006 that I have served defendant

Respectfully Submitted: Chris Deshawn Carpenter Muhammad

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHRIS DESHAWN CARPENTER MUHAMMAD
AIS# 204950,

    Plaintiff,

V.

BOB RILEY, et al.,

    Defendant,

CASE NO. 2:06-CV-1076-WKW

[WO]

## AMENDED COMPLAINT

Comes now the Plaintiff Chris Deshawn Carpenter Muhammad, by and through PRO/SE in the above Style Civil Action hereby for good cause file this Amended Complaint, and in Support Plaintiff States the Following:

Ground One: Defendant Anthony Askew is a defendant in this above original Civil Action who is the Chaplain for Alabama Department of Corrections (ALDOC) who is being sued in his individual capacity for arbitrary harassment and failing in his official duties as Chaplain to make sure our place of worship is available to the Plaintiff and other muslims for Friday Jumah Services in violation of Plaintiff's 1st and 14th Amendment of the United States Constitution and Administration Regulation #303 for the (ALDOC), and a deliberate indifference.

(1.)

Supporting Facts: On December 8th, 2006 and prior defendant Anthony Askew knowing, willingly, and maliciously coupled with a reckless disregard fail to see that Muslims hold their Jumah on time as he diligently make sure without a doubt that Christian Services are never delayed nor late. Defendant Askew is always delaying Plaintiff mandatory Jumah Service. Plaintiff further contend that on December 12, 2006, defendant Anthony Askew approached Plaintiff in a threatening, intimidated manner verbally assaulted Plaintiff for Plaintiff prior civil Action filed against Defendant Askew. Plaintiff plead duress dealing with the defendant Askew.

### RELIEF

Plaintiff seek a jury trial pursuant to the Rule 38 FED. R. CIV. PROC., and for mental anguish, anxiety, and deliberate indifference Plaintiff seeks the sum of $50,000.00 and a preliminary injunction to stop the deliberate indifference between religious sects and the arbitrary harassment.

Done this 13th day of December 2006.

Respectfully Submitted,
Chris Deshaun Carpenter Michael

### VERIFICATION

I hereby certify this 13th day of December 2006 under penalty of perjury that the information contained herein is true and correct to the best of my knowledge and belief.

Chris Deshaun Carpenter Michael

(2.)

## CERTIFICATE OF SERVICE

I hereby certify this 13th day of December 2006 that I have served a true and correct copy of the same upon the defendant Attorney by placing in the U.S. mail Service postage prepaid.

Chris D. Carpenter Muhammad    #204950
200 Wallace Drive
Clio, Al. 36017

(3.)