IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRIS DESHAWN CARPENTER MUHAMMAD,<br>AIS #204950,<br><br>    Plaintiff,<br><br>    v.<br><br>BOB RILEY, et al.,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)    CASE NO. 2:06-CV-1076-WKW<br>)<br>)<br>)<br>) |

**ORDER ON MOTION**

On December 14, 2006, the plaintiff filed a motion for leave to file an amended complaint in which he seeks to assert additional claims for relief against defendant Anthony Askew. Since it is clear that the plaintiff merely seeks to amend his previously filed complaint, rather than file an amended complaint, the court construes this document as a motion to amend the complaint. Upon consideration of the motion to amend, and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. Defendant Askew undertake a review of the subject matter of the complaint, as amended, (a) to ascertain the facts and circumstances; (b) to consider whether any action should be taken to resolve the subject matter of the complaint; and (c) to determine whether other similar complaints should be considered together.

3. Defendant Askew shall file a written report containing the sworn statements of all

persons having knowledge of the subject matter of the complaint, as amended. This report shall be filed with the court and a copy served upon the plaintiff within forty (40) days of the date of this order. Authorization is hereby granted to interview all witnesses, including the plaintiff. <u>Whenever relevant, copies of medical and/or psychiatric records shall be attached to the written report. Where the plaintiff's claims or the defendants' defenses relate to or involve the application of administrative rules, regulations or guidelines, the written report shall include copies of all such applicable administrative rules, regulations or guidelines.</u>

    4. An answer shall be filed by defendant Askew addressing the claims presented in the complaint, as amended, within forty (40) days from the date of this order.

    5. The original defendants be GRANTED an extension to and including forty (40) days from the date of this order to file a written report and answer in compliance with the order entered on December 6, 2006.

    6. <u>No</u> motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the complaint, as amended, be filed by any party without permission of the court. If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court.

**The plaintiff is CAUTIONED that this court will not continue to grant him leave to amend without a showing of exceptional circumstances. Additionally, any claims for relief which arise subsequent to entry of this order should be presented to the court in**

**a separate 42 U.S.C. § 1983 action.**

The CLERK is hereby DIRECTED to furnish a copy of this order to the plaintiff and a copy of this order, and amendment to the complaint to Anthony Askew. A copy of this order and the amendment to the complaint shall likewise be furnished to the General Counsel for the Alabama Department of Corrections and the Attorney General for the State of Alabama.

Done this 14th day of December, 2006.


      /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE