IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHRIS DESHAWN CARPENTER MUHAMMAD,

    Plaintiff,

V.

BOB RILEY, et al.,

    Defendants.

CASE NO. 2:06-CV-1076-WKW

[WO]

## MOTION FOR IMMEDIATE ATTORNEY FEES TO BE AWARDED TO PLAINTIFF PURSUANT TO ATTORNEY FEES AWARD ACT OF 1976, AS AMENDED, 42 U.S.C.S § 1988 (b)

Comes now the Plaintiff Chris Deshawn Carpenter Muhammad prevailing party on undisputed claims of Alabama Department of Corrections Overcrowed, lack of security, Health Hazard Conditions by defendants Bob Riley, et al., see 20 U.S.C.S. § 1415 (e)(4)(B [IDEA]; 29 U.S.C.S. § 794(a)(b) [Section 504]; 42 U.S.C.S. § 12205 [ADA]. See Disabled in Action V. Mayor + City Council of Baltimore, 685 F.2d 881, 885 n.4 (4th Cir. 1982); Rossi V. Gosling, 696 F.Supp. 1079, 1084 (E.D. Va. 1988).

  Plaintiff seeking relief under the remedial provision of 42 U.S.C.S §1983 for Constitutional Violation for which three federal Statutes provide Attorney's fees to the prevailing party, and to qualify as a prevailing party, a Plaintiff need not prevail on every claim or issue

(1)

raised, but only "on any significant issue in litigation which achieves some of the benefit the parties sought in bringing suit. See *Spencer V. General Elec. Co.*, 706 F. Supp. 1234, 1236 (E.D. Va. 1989) (quoting *Hensley V. Eckerhart*, 461 U.S. 424, 433, 103 S. Ct. 1933, 1939, 76 L.ed. 2d 40 (1983).

WHEREFORE, in light of all the above and the United States Supreme Court's holdings at the same point at law coupled with undisputed claims herein it is clear Plaintiff is due to be awarded Attorney fees immediately and request that said Attorney fees be sent to Plaintiff PMOD account at Easterling Corr. Fac., 200 Wallace Drive, Clio AL 36017.

Done this 11th day of December 2006.

Chris Lieshaun Carpenter Muhammad

## VERIFICATION

I verify under penalty of perjury on this 11th day of December 2006 that the information contained herein is true and correct to the best of my knowledge and belief.

Chris Lieshaun Carpenter Muhammad

## CERTIFICATE OF SERVICE

I hereby certify this 11th day of December 2006, that I have served a true and correct copy of the same upon defendants Attorney by U.S. mail postage prepaid.

Chris Lieshaun Carpenter Muhammad

(2)