IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 DEC 19 A 9:41
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CHRIS DESHAWN CARPENTER
MUHAMMAD, #AIS 204950,
  Plaintiff,

V.

BOB RILEY, et al.,
  Defendants.

CIVIL ACTION NO. 2:06-CV-1076-WKW
[WO]

PLAINTIFF OBJECTION TO UNITED STATES MAGISTRATE CHARLES S. COODY'S RECOMMENDATION ISSUED DECEMBER 13th, 2006.

Comes now the Plaintiff Chris Deshawn Carpenter Muhammad, by and through PRO/SE hereby move this United States District Court pursuant to Article III that Plaintiff object to the United States Chief Magistrate intercepting Plaintiff Civil Action and exercising authority without parties consent as required pursuant to Rule 73(d) Federal Rules Civil Procedure and 28 U.S.C.S. § 636(c). See McCabe, the Federal Magistrate Act of 1979, 16 Harv. J. Legis. 343, 364-79 (1979). 28 U.S.C.S. § 636(c)(1) Notwithstanding any provision

(1)

of law to the contrary - upon consent of the parties a Magistrate may exercise jurisdiction. Plaintiff was never afforded mandatory consent form process a form 34 as required to give a magistrate jurisdiction as an adjunct to the functional equivalent of an article III judge. See Case: 2:06-cv-01076-WKW-CSC Doc.#:11-1 Date Filed 12/13/2006 Page 1-4. See also Doc.#:10-1 Date Filed: 12/13/2006 Page 1of1.

Plaintiff further argue that he is force to live in imminent danger - in an overcrowded, lack of security, Health Hazard situation from drinking poison water, overcrowded lock down dorms with poor ventilation to many bunks less than 4 feet of living space with not enough sinks and toilets for the tripple inmate capacity with poor overloaded plumming, top bunk locker-boxes that makes it impossible to maintain security and health standards, with disease carrying rats, mice and poisonous insects that get in locker boxes and bunks. Alabama Department of Corrections overcrowded problem is undisputed and the defendants now bring overcrowded County jails state inmates to an already overcrowded capacity (ALDOC) this is no more than Robbing Peter to Pay Paul in direct violation of Plaintiff 8th and 14th Amendment of the United States Constitution, and surely the U.S. Magistrate great legal mind can see the serious need for a preliminary injunction on defendants who refuse to fix this dangerous situation simply because Human Comodity is big business for the state of Ala-

(2)

bama Coupled with Frauding the Government of Funds Under the disguise of Pre-SAP, Crime Bill SAP and After-care with punitive punishment being implemented by defendants that's not apart of Crime Bill SAP criteria to give other inmates authority over Plaintiff and other inmates to write Rule violation tickets which under-minds Security and exstorts Plaintiff and other inmates force in dorms 9 and 10 to defraud the Government of funds. If the district Court for some unknown reason with merit choose not to exercise its inherent powers to do justice against a Government the district Court is not apart of, Plaintiff Muhammad respectfully ask that the district Court of the United States exercise it's Constitutional obligation. See <u>United States v. Gracia</u> (1985, CA2 NY) 755 F2d 984, 17 Fed. Rules Evid. Serv 804. Courts has a duty to protect prisoners rights. See <u>Hamm v. DeKalb County</u> 774 F.2d 1567 (11th Cir. 1985); <u>Jones v. Diamond</u>, 636 F.2d 1364 (5th Cir. 1981) 89 LEd. 2d 894.

    WHEREFORE, in light of the above it is clear that the Magistrate has in fact exercised Authority without jurisdiction to deny Plaintiff entitled injunction and interrogatories upon the defendants in this Civil Action directed to the Article III Judge to protect Plaintiff from imminent danger. 42 U.S.C.A. § 1983 U.S.C.A. Const. Amends 8, 14. See <u>Alabama v. Pugh</u>, 328 US 781, 57 LEd 2d 1114, 98 S Ct 3057. Plaintiff is being held in a super-maximum security Facility under disguise of a level IV. DONE this 18th day of December 2006.

<u>Chris Deshawn Carpenter Muhammad</u>

(3)

## VERIFICATION

I hereby verify this 18th day of December 2006 that under penalty of perjury the information contained herein is true and correct to the best of my knowledge and belief.

*Chris Deshaun Carpenter-Muhammad*

## CERTIFICATE OF SERVICE

I hereby certify this 18th day of December 2006 that under penalty of perjury the information true and correct was served upon the defendants Attorney by U.S. mail postage prepaid.

*Chris Deshaun Carpenter-Muhammad*
Chris Deshawn Carpenter-Muhammad
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

(4)