IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRIS DESHAWN CARPENTER MUHAMMAD, ) <br> AIS #204950, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> BOB RILEY, et al., ) <br> ) <br> Defendants ) | CASE NO. 2:06-CV-1076-WKW |

**ORDER ON MOTION**

Upon consideration of the motion for immediate attorney fees filed by the plaintiff on December 19, 2006 (Court Doc. No. 15), and as the plaintiff is not represented by a licensed attorney admitted to practice before this court nor has there been a determination on the merits of this case rendering the plaintiff a prevailing party, it is

ORDERED that the motion for attorney fees be and is hereby DENIED.

Done this 21st day of December, 2006.

                                                      /s/ Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE