```
        IN THE UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

**CHRIS DESHAWN CARPENTER MUHAMMAD,**
    **Plaintiff,**

        Vs.              Case # 2:06-cv-1076-WKW

**BOB RILEY, ET AL.,**
    **Defendants.**

## MOTION FOR ENLARGEMENT

Comes now the State of Alabama and its Board of Pardons and Paroles, and shows unto the Court as follows:

1) Respondents request an enlargement of two (2) weeks to adequately prepare its response.

2) Said granting of additional time will not prejudice petitioner.

                        Respectfully submitted,

                        TROY KING
                        ATTORNEY GENERAL

                        GREGORY O. GRIFFIN, SR.
                        CHIEF COUNSEL

1

> s/HUGH DAVIS
> DEPUTY ATTORNEY GENERAL
> State Bar#:  ASB-4358-D63F
> Ala. Bd. Pardons and Paroles
> 301 South Ripley Street
> P.O. Box 302405
> Montgomery, Alabama 36130
> Telephone: (334) 242-8700
> Hugh.davis@paroles.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on 1-12-07, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> **CHRIS DESHAWN CARPENTER MUHAMMAD**
> **AIS# 159738**
> **200 WALLACE DRIVE**
> **CLIO, AL 35017**

Done this **12**[th] day of **JANUARY**, 2007.

> Respectfully submitted,
>
> s/HUGH DAVIS
> DEPUTY ATTORNEY GENERAL
> State Bar#:  ASB-4358-D63F
> Ala. Bd. Pardons and Paroles
> 301 South Ripley Street
> P.O. Box 302405
> Montgomery, Alabama 36130
> Telephone: (334) 242-8700
> Hugh.davis@paroles.alabama.gov

2