IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRIS DESHAWN CARPENTER MUHAMMAD, ) | |
| AIS #204950, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1076-WKW |
| ) | |
| BOB RILEY, et al., ) | |
| ) | |
| Defendants ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the parole defendant on January 12, 2007 (Court Doc. No. 19), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that this defendant be GRANTED an extension from January 23, 2007 to and including February 6, 2007 to file a special report and answer in compliance with the orders entered in this case.

Done this 16th day of January, 2007.

        /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE