IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRIS DESHAWN CARPENTER MUHAMMAD, AIS #204950,<br><br>    Plaintiff,<br><br>v.<br><br>BOB RILEY, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 2:06-cv-1076-WKW<br>)            (WO)<br>)<br>)<br>) |

## ORDER

On or about December 28, 2006, Chris Deshawn Carpenter Muhammad (hereinafter "Muhammad") filed a "Writ of Mandamus" wherein he argues that United States Chief Magistrate Judge Charles S. Coody has no authority to issue orders or recommendations in this lawsuit without the consent of the plaintiff. (Doc. # 18.)

Upon consideration of the "Writ of Mandamus," construed as a motion for same, and the arguments asserted therein, it is hereby ORDERED that the Writ of Mandamus (Doc. # 18) is DENIED. United States Chief Magistrate Judge Charles S. Coody has full authority to hear and determine any pretrial matter, and to take the appropriate action or make a proper recommendation in this lawsuit, as stated in 28 U.S.C. § 636(b)(1). *See* Local Rule 72.2.

Done this the 24th day of January, 2007.

                                         /s/  W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE