IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRIS DESHAWN CARPENTER MUHAMMAD, AIS #204950, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:06-cv-1076-WKW (WO) |
| BOB RILEY, et al., | ) ) | |
| Defendants. | ) | |

## **ORDER**

On December 13, 2006, the Magistrate Judge filed a Recommendation (Doc. # 11) in this case. Plaintiff timely filed an objection on December 19, 2006. (Doc. # 16.) Upon an independent and de novo review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. #11) is ADOPTED; and

2. Plaintiff's objection (Doc. # 16) is OVERRULED.

3. The case is remanded to the Magistrate Judge for further proceedings.

DONE this the 24th day of January, 2007.

                                      /s/  W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE