IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRIS DESHAWN CARPENTER MUHAMMAD,<br>AIS #204950, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | CASE NO. 2:06-CV-1076-WKW |
| BOB RILEY, et al., | )<br>)<br>) | |
| Defendants | ) | |

**ORDER ON MOTION**

On January 29, 2007, the plaintiff filed a document styled "motion for leave to file amended complaint" (Court Doc. No. 24). However, the plaintiff seeks only to amend the complaint to assert additional claims for relief against defendants Riley, Allen and Mosley and to add Beverly Spivey and the Barbour County Environmental Health Department Commission as defendants. The court therefore construes this document as a motion for leave to amend the complaint. Upon consideration of the motion for leave to amend, and for good cause, it is

ORDERED that:

1. The motion for leave to amend be and is hereby GRANTED.

2. Defendants Riley, Allen, Mosley, Spivey and the Barbour County Environmental Health Department Commission undertake a review of the subject matter of the complaint, as amended, (a) to ascertain the facts and circumstances; (b) to consider whether any action should be taken to resolve the subject matter of the complaint; and (c) to determine whether

other similar complaints should be considered together.

    3. Defendants Spivey and the Barbour County Environmental Health Department Commission shall file a written report containing the sworn statements of all persons having knowledge of the subject matter of the complaint, as amended. This report shall be filed with the court and a copy served upon the plaintiff within forty (40) days of the date of this order. Authorization is hereby granted to interview all witnesses, including the plaintiff. <u>Whenever relevant, copies of medical and/or psychiatric records shall be attached to the written report. Where the plaintiff's claims or the defendants' defenses relate to or involve the application of administrative rules, regulations or guidelines, the written report shall include copies of all such applicable administrative rules, regulations or guidelines.</u>

    4. An answer shall be filed by defendants Spivey and the Barbour County Environmental Health Department Commission within forty (40) days from the date of this order.

    5. Defendants Riley, Allen and Mosley shall file an answer and supplemental special report addressing the claims raised by the plaintiff in his amendment to the petition within forty (40) days from the date of this order.

    6. <u>No</u> motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the complaint, as amended, be filed by any party without permission of the court. If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise

treat the pleading as a dispositive motion until and unless further order of the court.

**The plaintiff is CAUTIONED that this court will not continue to grant him leave to amend without a showing of exceptional circumstances.**

The CLERK is hereby DIRECTED to furnish a copy of this order to the plaintiff and a copy of this order, the complaint and amendment to the complaint to Beverly Spivey and the Barbour County Environmental Health Department Commission. A copy of this order and the amendment to the complaint shall likewise be furnished to counsel for defendants, Riley, Allen and Mosley and to the General Counsel for the Alabama Board of Pardons and Paroles.

Done this 1st day of February, 2007.

       /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE