IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHRIS DESHAWN CARPENTER MUHAMMAD #204950,
  Plaintiff

V.

BOB RILEY, et al.,
  Defendants

Civil Action No. 2:06-CV-1076-WKW (wo)

AMENDED COMPLAINT PURSUANT TO THE
FEDERAL RULES OF CIVIL PROCEDURE

Comes now the Plaintiff Chris Deshawn Carpenter Muhammad, Pro/se in the above style Civil Action bring this Amended against Defendants Bob Riley, et al., Beverly Spivey, Director Barbour County Enviromental Health Department Commission for acting in concert with Defendants Bob Riley, et al., by defendants Beverly Spivey and the Barbour County Enviromental Health Department Commission acting under color of state law pursuant to § 22-2-2(4) and 22-3-5(3) Ala. Code 1975 failed to uphold their statutory duties to inspect Easterling Corr. Fac. drinking water, dorms overcrowding with to many inmates bunks with unhealthy living space, disease carrying rats, dilapidated plumming without enough sinks and toilets to handle the tripple capacity inmate population growth coupled with poor ventilation interferring with Plaintiff 8th and 14th Amendment rights to be free from these inhumane health hazard living conditions with contaminated water used to cook Plaintiff food 3 times a day.

(1.)

Plaintiff is forced to drink foul tasted greasy brown coloration water and bath in contaminated water that is not meaningfully tested by defendants for Plaintiff human consumption as required by the state and federal pure water act. Plaintiff bring this Amended Complaint pursuant to 42 U.S.C. §§ 1983, 1985, and 18 U.S.C. §§ 241 and 242 of United States Code Service and in support Plaintiff states as follows:

Defendants Names And Addresses Below:
(1.) Defendant Bob Riley, State Capitol, 600 Dexter Avenue, room 103 Montgomery Al. 36130
(2.) Richard Allen, 301 South Ripley Street, Montgomery, Al. 36130
(3.) Gwendolyn Moseley. 200 Wallace Drive, Clio, Al. 36017
(4) Beverly Spivey + Barbour County Enviromental Health Department Commision c/o David Nix P.O. Box 219, Clayton, Al. 36016

Ground ONE: Defendants Bob Riley, Richard Allen and Gwendolyn Moseley in Conspiracy with other defendants herein to interfere with Plaintiff 8th and 14th to be free Cruel, health hazard and unusual Conditions.

Supporting Facts: Defendants Bob Riley being the Governor of the state of Alabama, Defendant Richard Allen being the Commissioner for the state of Alabama and Defendant Gwendolyn Moseley being the Warden of Easterling Corr. Fac. for the Alabama Dept. of Correctional acts in Concert with other defendants. herein to interfere with Plaintiff 8th and 14th Amendment Civil Rights by forcing Plaintiff to live in overcrowded, lack of Security health hazard situation with Contaminated drinking water, dorms 5 through 10 with to many inmates and

(2.)

bunks making it impossible to maintain health standard requirements of security, disease carrying rats, dilapitated Sewage and plumming without enough sinks and toilets to handle the tripple capacity growth of Easterling inmates population coupled with poor ventilation.

Ground Two: Defendants Beverly Spivey and the Barbour County Enviromental Health Department Commission is being Sued and prosecuted in their official capacity and individual capacity for acting in concert with the other defendants herein to interfere with Plaintiff 8th and 14th Amendment rights of the United States Constitution, and for failing to execute their statutory authority to meaningfully inspect Easterling Corr. Fac. as required of Defendant Beverly Spivey, et al., Pursuant to §22-2-2(4) and §22-3-5(3), Ala. Code 1975 and fail to test Easterling foul greasy tasting coloration drinking water Plaintiff is forced to drink.

Supporting Facts: Defendants Beverly Spivey, et al., of the Barbour County Enviromental Health Department Commission failed to uphold their Statutory authority to meaningfully and properly inspect Easterling Corr. Fac. Serious condition prejudicial conditions such as contaminated drinking water, massive overcrowded dorms, dilapitated plumming, disease carrying rats and insects, poor ventilation with top bunk locker Boxes that blocks security view and is an accident waiting to happen. Water testing is not monthly done by Health Department defendants to uphold the State and federal pure water act and defendants Statutory duties as required pursuant to §22-2-2(4) and §22-3-5(3), Ala. Code 1975

## RELIEF

Plaintiff seek a jury trial pursuant to rule 38 of the Ala. Rules Civil Procedure and the 7th Amendment U.S.C.A. Constitution for Punitive, nomintal, mental anguish and anxiety

(3.)

Plaintiff seeks monetary damages in the amount of five million dollars for Criminal Conspiracy Charges Plaintiff seeks Federal Criminal prosecution from the United States Attorney for the Middle District of Alabama against all defendants herein for acting in concert to interfere with Plaintiff's 8th and 14th Amend U.S.C.A. Const.

Done this day 26th of December 2006

Respectfully Submitted
Chris Deshawn Carpenter Muhammad

## VERIFICATION

I verify under penalty of perjury on this 26th day of December 2006 that the information contained herein is true and correct to the best of my knowledge and belief

Chris Deshawn Carpenter Muhammad

## CERTIFICATE OF SERVICE

I hereby Certify this 26th day of December 2006 that I have Served a true and correct copy of the same upon the Defendants Attorney by U.S. mail postage Prepaid

Chris Deshawn Carpenter Muhammad
Chris Deshawn Carpenter Muhammad
200 Wallace Dr.
Clio, Al. 36017

(4.)