IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRIS DESHAWN CARPENTER MUHAMMAD, ) | |
| AIS #204950, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1076-WKW |
| ) | |
| BOB RILEY, et al., ) | |
| ) | |
| Defendants ) | |

**ORDER**

On February 5, 2007, the postal service returned an order marked "refused" which the court had attempted to serve upon Beverly Spivey. In light of foregoing, and for good cause, it is

ORDERED that on or before February 16, 2007 General Counsel for the Alabama Department of Public Health shall advise the court of whether Beverly Spivey will accept service via certified mail. If Ms. Spivey will not so accept service, counsel is advised that an order will be entered requiring that service be perfected upon this defendant by a Deputy United States Marshal in accordance with the provisions of Rule 4(c)(2).

Done this 6th day of February, 2007.

                                                       /s/ Charles S. Coody
                                                     CHARLES S. COODY
                                                     CHIEF UNITED STATES MAGISTRATE JUDGE