IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRIS DESHAWN CARPENTER MUHAMMAD, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:06cv1076-WKW ) |
| BOB RILEY, *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

On January 12, 2007, an e-filer added Sidney Williams as a defendant in this case. Mr. Williams was not named as a party in the complaint. Accordingly, for good cause, it is

ORDERED that any portion of any orders that relate to Sidney Williams as a party in this action be and are hereby VACATED. It is further

ORDERED that Sidney Williams be and is hereby STRICKEN as a defendant in this action.

Done this 7th day of February, 2007.

                                          /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE