IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CHRIS DESHAWN CARPENTER MUHAMMAD, AIS #204950** | ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | **CIVIL ACTION NO. 2:06-CV-1076-WKW** |
| **BOB RILEY, et al.,** | ) ) ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

P. Brian Hale, Assistant Attorney General and Assistant General Counsel to the Alabama Department of Public Health, hereby files a notice of appearance as counsel for Beverly Spivey and the Barbour County Health Department, Environmental Division.

Respectfully submitted,

**/s/ P. Brian Hale**

P. Brian Hale (HAL072)
Assistant Attorney General

Alabama Department of Public Health
P.O. Box 303017
Montgomery, Alabama 36130-3017
Phone: (334) 206-5209
Fax: (334) 206-5874

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

/s/ P. Brian Hale

P. Brian Hale (HAL072)
Assistant Attorney General