IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRIS DESHAWN CARPENTER MUHAMMAD, ) <br> AIS #204950, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOB RILEY, et al., ) <br> ) <br>     Defendants ) | CASE NO. 2:06-CV-1076-WKW |

## ORDER

Upon review of the file in this case, and for good cause, the Clerk is hereby DIRECTED to serve a copy of the complaint and amendments to the complaint to counsel for defendants Spivey and the Barbour County Environmental Health Department Commission. It is

ORDERED that defendants Spivey and the Barbour County Environmental Health Department Commission be GRANTED an extension from March 13, 2007 to and including March 23, 2007 to file their written report and answer in compliance with the order entered on February 1, 2007 (Court Doc. No. 25).

Done this 9th day of February, 2007.

                                               /s/ Charles S. Coody
                                               CHARLES S. COODY
                                               CHIEF UNITED STATES MAGISTRATE JUDGE