**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Beverly Spivey & Barbour Co. Environmental Health Dept.
c/o Phillip Brian Hale
Alabama Department of Public Health
PO Box 303017
Montgomery, AL 36130

Cmp, Amd Cmp & Order #31

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X W. Myrick
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
2/12/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06CV1076-WKW

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0002 3461 6838

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540