```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000606
Cashier ID: khaynes
Transaction Date: 10/02/2007
Payer Name: EASTERLING CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: CHRIS DESHAWN CARPENTER
 Case/Party: D-ALM-2-06-CV-001076-001
 Amount:         $12.00
------------------------------------
CHECK
 Check/Money Order Num: 2927
 Amt Tendered:   $12.00
------------------------------------
Total Due:       $12.00
Total Tendered:  $12.00
Change Amt:      $0.00
```