```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001055
Cashier ID: brobinso
Transaction Date: 11/05/2007
Payer Name: EASTERLING CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: CHRIS DESHAWN CARPENTER
 Case/Party: D-ALM-2-06-CV-001076-001
 Amount:         $8.00
------------------------------------
CHECK
 Check/Money Order Num: 3006
 Amt Tendered:  $8.00
------------------------------------
Total Due:      $8.00
Total Tendered: $8.00
Change Amt:     $0.00

2:06-cv-01076-WKW

LAST NAME MUHAMMAD IN CMECF
```