```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001376
Cashier ID: christin
Transaction Date: 12/04/2007
Payer Name: EASTERLING CORR FACILITY
---------------------------------------
PLRA CIVIL FILING FEE
 For: CHRIS DESHAWN CARPENTER
 Case/Party: D-ALM-2-06-CV-001076-001
 Amount:        $12.00
---------------------------------------
CHECK
 Remitter: EASTERLING  CORR FAC
 Check/Money Order Num: 3086
 Amt Tendered: $12.00
---------------------------------------
Total Due:     $12.00
Total Tendered: $12.00
Change Amt:    $0.00

DALM206CV001076-001
```