RECEIVED 12/15/07

2007 DEC 18 A 9:59

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Dear Clerk

I need information concerning my Case # 2:06-CV-1076-WKW. The information I need is my balance owed on the $350 filling fee and the status on the case # above Please. Also my custody has changed in the Alabama D.O.C. I am now at a work realease center the current address is 1826 Bexar Ave. East Hamilton, Ala 35570 and further I will be realeased into society as of July 4, 2008 and I will be continueing the case # above from within society. For future plans here's my address for home 110 Arborwood Way Temple Ga 30179. Thank You for time and Happy Holidays

Sincerly
Chris Carpenter Muhammad
1826 Bexar Ave East
Hamilton, ala 35570

Robert Rex EDWARDS
225984; D2-19A
200 WALLACE DRIVE
CLIO, AL 36017-2615

2:06-CV-177-WKW

Change of address

Legal
Mail

MONTGOMERY AL 361
17 DEC 2007 PM 3 T



Debra P. Hackett, clerk
US DISTRICT Court.
MIDDLE DISTRICT ALABAMA
PO Box 711
Montgomery, AL 36101-0711

36101+0711