IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHRIS DESHAWN CARPENTER MUHAMMAD

    Plaintiff,

v.                                     2:06-CV-1076-WKW

BOB RILEY, ET AL.

    Defendants.

## CONFLICT DISCLOSURE STATEMENT

COME NOW, **Bob Riley, Richard Allen, Gwendolyn Mosley, Carter Davenport, Tyrone Barrow, Brian Mitchell, Latrice Greene, Sharon Blakely and Anthony Askew**, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    XX    This party is an individual, or

    XX    This party is a governmental entity, or

           There are no entities to be reported, or

           The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

          Respectfully submitted,

          TROY KING
          Attorney General

          /s/ *Jeffery H. Long*
          Jeffery H. Long
          Assistant Attorney General
          Counsel for Bob Riley, Richard Allen, Gwendolyn Mosley, Carter Davenport, Tyrone Barrow, Brian Mitchell, Latrice Greene, Sharon Blakely and Anthony Askew

ADDRESS OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 - fax

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 20th day of December, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF and served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

    Chris Deshawn Carpenter Muhammad
    AIS 204950
    Hamilton WR/CWC
    1826 Bexar Avenue East
    Hamilton, AL 35570

          /s/ *Jeffery H. Long*
          Jeffery H. Long