IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

CHRIS DESHAWN CARPENTER MUHAMMAD, )
)
Plaintiff, )
)
v. ) CASE NO. 2:06-CV-1076-WKW
)
BOB RILEY, et al. )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Beverly Spivey</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/21/2007
Date

/s/ P. Brian Hale
(Signature)

P. Brian Hale
(Counsel's Name)

Beverly Spivey and Barbour Co Health Department
Counsel for (print names of all parties)

P.O. Box 303017
Montgomery, Alabama 36130-3017
Address, City, State Zip Code

(334) 206-5209
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

**CERTIFICATE OF SERVICE**

I, P. Brian Hale_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21st____ day of December_____ 20 07, to:

Chris Deshawn Carpenter Muhammad

AIS 204950

Hamilton WR/CWC

1826 Bexar Avenue East

Hamilton, Alabama 35570


12/21/2007                                          /s/ P. Brian Hale
Date                                                  Signature