```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004268
Cashier ID: brobinso
Transaction Date: 03/12/2008
Payer Name: HAMILTON AGED AND INFIRMED
-----------------------------------
PLRA CIVIL FILING FEE
 For: CHRIS D CARPENTER MUHAMMAD
 Case/Party: D-ALM-2-06-CV-001076-001
 Amount:         $20.00
-----------------------------------
CHECK
 Check/Money Order Num: 13504
 Amt Tendered:   $20.00
-----------------------------------
Total Due:       $20.00
Total Tendered:  $20.00
Change Amt:      $0.00
```