```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005117
Cashier ID: christin
Transaction Date: 05/15/2008
Payer Name: HAMILTON WORK RELEASE
------------------------------------
PLRA CIVIL FILING FEE
 For: CHRIS DESHAWN CARPENTER
 Case/Party: D-ALM-2-06-CV-001076-001
 Amount:        $30.00
------------------------------------
CHECK
 Remitter: HAMILTON WORK RELEASE
 Check/Money Order Num: 13868
 Amt Tendered: $30.00
------------------------------------
Total Due:     $30.00
Total Tendered: $30.00
Change Amt:    $0.00
```

DALM206CV001076-WKW

HAMILTON WORK RELEASE

FOR CHRIS DESHAWN CARPENETER