IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRIS DESHAWN CARPENTER MUHAMMAD, AIS # 170262, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:06cv1076-WKW (WO) |
| BOB RILEY, *et al.*, | ) ) | |
| Defendants. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 56), and upon an independent review of the record, it is ORDERED that the Recommendation is adopted and that this case is DISMISSED without prejudice for failure of Plaintiff to comply with the orders of the court.

DONE this 2nd day of September, 2008.

                                              /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE